UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIRAM TORRES,<br><br>                            Plaintiff,<br><br>–v–<br><br>WESTLEY D BOYER, JR., *et al.*,<br><br>                          Defendants. | **ORDER**<br><br>21 Civ. 7865 (ER) |

Ramos, D.J.:

On December 30, 2022, the Court scheduled a telephonic initial pretrial conference for January 17, 2023 at 9:30 a.m. Doc. 16. Defendants failed to appear. After the Court reached out to defense counsel Christopher Warren, he advised that he was no longer associated with Lewis Brisbois Bisgaard & Smith LLP and therefore no longer representing defendants Westley D Boyer, Jr., EF Corporation, and Evans Delivery Company Inc.

The conference is adjourned to **January 25, 2023 at 4:00 p.m.** Mr. Warren, who has not yet been relieved of his representation of Defendants, is directed to provide a copy of this order to Lewis Brisbois Bisgaard & Smith LLP. The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.

Defendants are advised that failure to appear may result in adverse actions, including the entry of default judgment entered against them.

It is SO ORDERED.

Dated:  January 17, 2023
         New York, New York

                                                                 Edgardo Ramos, U.S.D.J.