```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIRAM TORRES,                                               :
                                                            :    21-CV-7865 (RWL)
                              Plaintiff,                    :
                                                            :
              - against -                                   :    ORDER
                                                            :
WESTLEY D. BOYER, JR., ET AL.,                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has considered the correspondence from the parties concerning Defendant's discovery requests concerning Plaintiff's sale of horses and loans from family members following the accident. The requests are limited to information identifying dates, persons, etc. and documents memorializing terms and do not ask for all documents concerning either type of transaction. The horse-sale material has potential relevance in that Plaintiff claims one consequence of his accident is that he had to sell his horses because he could not ride them anymore; the relevance of the personal loans is less apparent but could bear on damages. Considering burden, relevance, and all other factors considered in determining proportionality, the Court grants Plaintiff's letter motion to compel. Plaintiff shall supplement his responses to Defendant's Supplemental Set of Interrogatories and Supplemental Requests for Production and provide the materials and information requested concerning the personal loans and horse sale transactions demanded therein. Whether any such information will be admissible on summary judgment or trial is a separate issue not addressed herein.

      The Clerk of Court is directed to terminate the letter motion at Dkt. 47.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 1, 2024
       New York, New York

Copies transmitted this date to all counsel of record.