```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HIRAM TORRES,

                      Plaintiff,

      - against -

WESTLEY D. BOYER, JR., ET AL.,

                      Defendants.
-------------------------------------------------------------X

21-CV-7865 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As directed at the discovery conference held on August 14, 2024, Plaintiff's counsel shall further confer with his client about any additional medical providers seen since the accident at issue in this case and by August 28, 2024, shall provide to Defense counsel authorizations for any such additional providers or time periods up to the present for whom authorizations have not previously been provided. Also, by August 28, 2024, Plaintiff shall provide a statement in writing to Defense counsel that authorizations have been produced for all medical providers that have been identified after reasonable inquiry.

                                                           SO ORDERED.

                                                 _____
                                                 ROBERT W. LEHRBURGER
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: August 14, 2024
       New York, New York

Copies transmitted this date to all counsel of record.