```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIRAM TORRES,                                               :
                                                            :   21-CV-7865 (RWL)
                            Plaintiff,                      :
                                                            :
        - against -                                         :   ORDER
                                                            :
WESTLEY D. BOYER, JR., ET AL.,                              :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By December 24, 2024, Defendant shall file a letter indicating whether Plaintiff's letter dated December 11, 2024, at Dkt. 67 — withdrawing Plaintiff's claim for lost earnings and agreeing to provide verifications by December 18, 2024 — moots the dispute raised by Defendant in its December 6, 2024 letter at Dkt. 66.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 19, 2024
       New York, New York

Copies transmitted this date to all counsel of record.