UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIRAM TORRES,

                Plaintiff,

    - against -

WESTLEY D. BOYER, JR., ET AL.,

               Defendants.
------------------------------------------------------------X

21-CV-7865 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As directed at the discovery conference held via Teams on January 8, 2025 No later than **January 15, 2025**, Plaintiff shall provide to Defendants (1) complete responses to previously-served interrogatories requesting information about horse sales and payments to Mr. Blanco, and (2) verifications for each set of interrogatory responses, sworn to by Plaintiff personally and not through his attorney, and that fully comply with the Federal Rules of Civil Procedure.  Failure to comply with this order will result in imposition of sanctions, including monetary and/or evidentiary sanctions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 8, 2025
      New York, New York

Copies transmitted this date to all counsel of record.